JS 44   (Rev. 04/21) FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS

Consumer Financial Protection Bureau, et al.
(See Attachment 1 for complete listing)

**DEFENDANTS**

StratFS, LLC, et al.
(See Attachment 1 for complete listing)

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Erie County, New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

See Attachment 2 for complete listing.

Attorneys *(If Known)*

See Attachment 2 for complete listing.

24 CV SIS D.C.

JAN 2 2 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.

**(d)** Check County Where Action Arose:   ☐ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE   ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Re-filed (See VI below)

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district *(specify)*

☐ 6 Multidistrict Litigation Transfer

☐ 7 Appeal to District Judge from Magistrate Judgment

☐ 8 Multidistrict Litigation – Direct File

☐ 9. Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

*(See instructions):* a) Re-filed Case ☐YES ☐NO   b) Related Cases ☐YES ☐NO

JUDGE:                                                          DOCKET NUMBER:

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*
15 U.S.C. §§ 6102(c), 6105(d), 16 C.F.R. pt. 310, 12 U.S.C. §§ 5536(a), 5564, 5565

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

DATE
January 18, 2024

SIGNATURE OF ATTORNEY OF RECORD
*Logan D. Smith*

FOR OFFICE USE ONLY : RECEIPT #          AMOUNT          IFP          JUDGE          MAG JUDGE

JS 44   (Rev. 04/21) FLSD Revised 12/02/2022

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) **Plaintiffs-Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence**. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys**. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.  **Residence (citizenship) of Principal Parties**. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit**. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.  **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

VI.  **Related/Refiled Cases**. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

VII.  **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VIII.  **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

**Civil Cover Sheet**
**Attachment 1**
**Parties**

**Plaintiffs**

Consumer Financial Protection Bureau;
The People of the State of New York, by Letitia James, Attorney General of the State of New York;
State of Colorado, *ex rel.* Philip J. Weiser, Attorney General;
State of Delaware, *ex rel.* Kathleen Jennings, Attorney General;
State of Delaware;
The People of the State of Illinois, through Attorney General Kwame Raoul;
The State of Minnesota, by its Attorney General, Keith Ellison;
The State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and
The State of Wisconsin,

**Defendants**

StratFS, LLC (f/k/a Strategic Financial Solutions, LLC);
Strategic Client Support, LLC (f/k/a Pioneer Client Services, LLC);
Strategic CS, LLC;
Strategic FS Buffalo, LLC;
Strategic NYC, LLC;
BCF Capital, LLC;
T Fin, LLC;
Strategic Consulting, LLC;
Versara Lending, LLC;
Strategic Family, Inc.;
Anchor Client Services, LLC (now known AS CS 1 PAAS Services, LLC);
Bedrock Client Services, LLC;
Boulder Client Services, LLC;
Canyon Client Services, LLC;
Carolina Client Services, LLC;
Great Lakes Client Services, LLC;
Guidestone Client Services, LLC;
Harbor Client Services, LLC;
Heartland Client Services, LLC;
Monarch Client Services, LLC (now known as CS 2 PAAS Services, LLC);
Newport Client Services, LLC;
Northstar Client Services, LLC;
Option 1 Client Services, LLC;
Pioneer Client Servicing, LLC;
Rockwell Client Services, LLC;
Royal Client Services, LLC;
Stonepoint Client Services, LLC;
Summit Client Services, LLC (now known as CS 3 PAAS Services, LLC);

**Civil Cover Sheet**
**Attachment 1**
**Parties**

Whitestone Client Services, LLC;
Ryan Sasson;
Jason Blust; and
Unidentified John Does 1-50

**Relief Defendants**

Daniel Blumkin;
Albert Ian Behar;
Strategic ESOP;
Strategic ESOT;
Twist Financial, LLC;
Duke Enterprises, LLC;
Blaise Investments, LLC;
The Blust Family Irrevocable Trust through Donald J. Holmgren, Trustee;
Jaclyn Blust;
Lit Def Strategies, LLC; and
Relialit, LLC

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**U.S. DISTRICT COURT**
**U.S. District Court, Western District of New York (Buffalo)**
**CIVIL DOCKET FOR CASE #: 1:24-cv-00040-JLS-MJR**

Consumer Financial Protection Bureau et al v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC), et al
Assigned to: Hon. John L. Sinatra, Jr.
Referred to: Hon. Michael J. Roemer
Cause: 15:6102 Telemarketing rules

Date Filed: 01/10/2024
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Consumer Financial Protection Bureau**

represented by **Joseph Michael Sanders**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-377-9846
Email: joseph.sanders@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monika L. Moore**
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
202-360-5905
Email: monika.moore@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vanessa Anne Buchko**
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
202-435-9593
Email: vanessa.buchko@cfpb.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

<u>Plaintiff</u>

**The People of the State of New York**
*by Letitia James, Attorney General of the State of New York*

represented by **Christopher L. Boyd**
NYS Attorney General's Office
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716-853-8457
Fax: 716-853-8428
Email: christopher.boyd@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Sumner Rados**
Office of the New York State
Attorney General (BUF)
Main Place Tower
Suite 300A
350 Main Street
Buffalo, NY 14202
716-853-8485
Email: genevieve.rados1@ag.ny.gov
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**State of Colorado**
*ex rel, Philip J. Weiser, Attorney General*

represented by **Kevin J. Burns**
Colorado Department of Law
Consumer Protection Section
1300 Broadway, 6th Floor
6th Floor
Denver, CO 80203
720-508-6110
Email: kevin.burns@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**State of Delaware**
*ex rel. Kathleen Jennings, Attorney General, State of Delaware,*

represented by **Kevin D. Levitsky**
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
302-683-8810

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marion M. Quirk**
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
302-683-8810
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The People of the State of Illinois**                    represented by **Amanda E. Bacoyanis**
*through Attorney General Kwame*                                           Office of the Illinois Attorney
*Raoul,*                                                                   General
                                                                          100 W. Randolph Street, 12th Floor
                                                                          Ste 26th Floor
                                                                          Chicago, IL 60601
                                                                          773-590-7862
                                                                          Email: amanda.bacoyanis@ilag.gov
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Daniel Edelstein**
                                                                          Office of the Illinois Attorney
                                                                          General
                                                                          100 W. Randolph Street, 12th Floor
                                                                          Chicago, IL 60601
                                                                          312-814-2218
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Greg Grzeskiewicz**
                                                                          Office of the Illinois Attorney
                                                                          General
                                                                          100 W. Randolph Street, 12th Floor
                                                                          Chicago, Il 60601
                                                                          312-814-2218
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*

3

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

*ATTORNEY TO BE NOTICED*

**Matthew Davies**
Office of the Illinois Attorney
General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
312-814-2218
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **The State of Minnesota**<br>*by its Attorney General Keith*<br>*Ellison,* | represented by | **Evan Romanoff**<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Suite 1200<br>St. Paul, MN 55101<br>651-728-4126<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **The State of North Carolina**<br>*ex rel. Joshua H. Stein, Attorney*<br>*General,* | represented by | **M. Lynne Weaver**<br>North Carolina Department of<br>Justice<br>114 W. Edenton Street<br>Raleigh, NC 27603<br>919-716-6000<br>Fax: 919-716-6050<br>Email: lweaver@ncdoj.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **The State of Wisconsin** | represented by | **Lewis W. Beilin**<br>Wisconsin Department of Justice<br>17 West Main Street<br>Post Office Box 7857<br>Madison, WI 53707-7857<br>608-266-3076 |

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

Email: beilinlw@doj.state.wi.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Stratfs, LLC** | represented by | **Dennis C. Vacco** |
| *formerly known as* | | Lippes Mathias LLP |
| Strategic Financial Solutions, LLC | | 50 Fountain Plaza |

Suite 1700
Buffalo, NY 14202
716-853-5100
Fax: 716-853-5199
Email: dvacco@lippes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
Lippes Mathias LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
716-853-5100
Fax: 716-853-5199
Email: sallen@lippes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Strategic Client Support, LLC** | represented by | **Dennis C. Vacco** |
| *formerly known as* | | (See above for address) |
| Pioneer Client Services, LLC | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Strategic CS, LLC**                  represented by   **Dennis C. Vacco**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott S. Allen , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic FS Buffalo, LLC**          represented by   **Dennis C. Vacco**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott S. Allen , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic NYC, LLC**                 represented by   **Dennis C. Vacco**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott S. Allen , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**BCF Capital, LLC**                   represented by   **Dennis C. Vacco**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott S. Allen , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

6

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**T Fin, LLC**                    represented by   **Dennis C. Vacco**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Scott S. Allen , Jr.**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Consulting, LLC**     represented by   **Dennis C. Vacco**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Scott S. Allen , Jr.**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Versara Lending, LLC**          represented by   **Dennis C. Vacco**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Scott S. Allen , Jr.**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic Family, Inc.,**       represented by   **Dennis C. Vacco**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Scott S. Allen , Jr.**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

7

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Anchor Client Services, LLC**                    represented by   **Dennis C. Vacco**
*Now known as*                                                       (See above for address)
CS 1 PAAS Services, LLC                                              *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott S. Allen , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Bedrock Client Services, LLC**                   represented by   **Dennis C. Vacco**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott S. Allen , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Boulder Client Services, LLC**                   represented by   **Dennis C. Vacco**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott S. Allen , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Canyon Client Services, LLC**                    represented by   **Dennis C. Vacco**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Scott S. Allen , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Carolina Client Services, LLC**          represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Great Lakes Client Services, LLC**          represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Guidestone Client Services, LLC**          represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harbor Client Services, LLC**          represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Heartland Client Services, LLC**          represented by   **Dennis C. Vacco**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Scott S. Allen , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Monarch Client Services, LLC**          represented by   **Dennis C. Vacco**
*Now known as*                                              (See above for address)
CS 2 PAAS Services, LLC                                     *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Scott S. Allen , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Newport Client Services, LLC**          represented by   **Dennis C. Vacco**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Scott S. Allen , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Northstar Client Services, LLC**          represented by   **Dennis C. Vacco**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Scott S. Allen , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

10

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Option 1 Client Services, LLC**      represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pioneer Client Servicing, LLC**      represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rockwell Client Services, LLC**      represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Royal Client Services, LLC**      represented by   **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

11

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Stonepoint Client Services, LLC**          represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Summit Client Services, LLC**          represented by    **Dennis C. Vacco**
*Now known as*                                                                  (See above for address)
CS 3 PAAS Services, LLC                                              *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Whitestone Client Services, LLC**          represented by    **Dennis C. Vacco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Allen , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ryan Sasson**          represented by    **Maegan Brianne McAdam**
Riley Safer Holmes & Cancila LLP
136 Madison Avenue
6th Floor
New York, NY 10016
212-660-1025
Email: mmcadam@rshc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

12

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

<table>
<tr><td></td><td></td><td>

**Matthew Patrick Kennison**
Riley Safter Holmes & Cancila LLP
121 W. Washington Street
Suite 402
Ann Arbor, MI 48104
734-773-4911
Fax: 734-773-4901
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
</td></tr>
</table>

**Defendant**

**Jason Blust**                    represented by   **Rodney O. Personius**
Personius Melber LLP
2100 Main Place Tower
350 Main Street
Buffalo, NY 14202
(716) 855-1050
Fax: 716-855-1052
Email: rop@personiusmelber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-50**

**Defendant**

**Daniel Blumkin**                 represented by   **Maegan Brianne McAdam**
*Relief Defendant*                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Patrick Kennison**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albert Ian Behar**               represented by   **Maegan Brianne McAdam**
*Relief Defendant*                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Matthew Patrick Kennison**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Strategic ESOP**
*Relief Defendant*

**Defendant**

**Strategic ESOT**
*Relief Defendant*

**Defendant**

**Twist Financial, LLC**
*Relief Defendant*

**Defendant**

**Duke Enterprises, LLC**
*Relief Defendant*

**Defendant**

**Blaise Investments, LLC**
*Relief Defendant*

**Defendant**

**The Blust Family Irrevocable**          represented by  **Rodney O. Personius**
**Trust through Donald J.**                              (See above for address)
**Holmgren, Trustee**                                    *LEAD ATTORNEY*
*Relief Defendant*                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Jaclyn Blust**                          represented by  **Rodney O. Personius**
*Relief Defendant*                                       (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Lit Def Strategies, LLC**               represented by  **Rodney O. Personius**
*Relief Defendant*                                       (See above for address)

14

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Relialit, LLC**                          represented by  **Rodney O. Personius**
*Relief Defendant*                                         (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Clear Creek Legal, LLC**                 represented by  **Terrence M. Connors**
                                                           Connors LLP
                                                           1000 Liberty Building
                                                           Buffalo, NY 14202
                                                           716-852-5533
                                                           Fax: 716-852-5649
                                                           Email: tmc@connorsllp.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Advocates Law Firm, LLC**         represented by  **Terrence M. Connors**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Greenstone Legal Group**                 represented by  **Terrence M. Connors**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Bradon Ellis Law Firm LLC**              represented by  **Terrence M. Connors**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Hailstone Legal Group**                  represented by  **Terrence M. Connors**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

15

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**<u>Defendant</u>**

**Hallock and Associates**              represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Harbor Legal Group**                  represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Anchor Law Firm, PLLC**               represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Bedrock Legal Group**                 represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Boulder Legal Group**                 represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Canyon Legal Group, LLC**             represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Great Lakes Law Firm**                represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

16

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

Heartland Legal Group               represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Level One Law                       represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Meadowbrook Legal Group             represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Monarch Legal Group                 represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Newport Legal Group, LLC            represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Northstar Legal Group               represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Option 1 Legal                      represented by  **Terrence M. Connors**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Pioneer Law Firm P.C.**          represented by   **Terrence M. Connors**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Rockwell Legal Group**          represented by   **Terrence M. Connors**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Spring Legal Group**            represented by   **Terrence M. Connors**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Royal Legal Group**             represented by   **Terrence M. Connors**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Slate Legal Group**             represented by   **Terrence M. Connors**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Stonepoint Legal Group**        represented by   **Terrence M. Connors**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**The Law Firm of Derek Williams,**   represented by   **Terrence M. Connors**
**LLC**                                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**Whitstone Legal Group**              represented by **Terrence M. Connors**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Wyolaw, LLC**                        represented by **Terrence M. Connors**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Chinn Legal Group, LLC**             represented by **Terrence M. Connors**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Leigh Legal Group, PLLC**            represented by **Terrence M. Connors**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Hallock & Associates LLC**           represented by **Terrence M. Connors**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Gustafson Consumer Law Group,        represented by **Terrence M. Connors**
LLC**                                                  (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Michel Law, LLC**                    represented by **Terrence M. Connors**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Civil Cover Sheet**
**Attachment 2**
**Counsel for Parties**

**The Law Office of Melissa Michel**        represented by  **Terrence M. Connors**
**LLC**                                                      (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Moore Legal Group, LLC**                  represented by  **Terrence M. Connors**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*